# United States District Court

## EASTERN DISTRICT OF WISCONSIN

### JUDGMENT IN A CIVIL CASE

**WEI ZHOU,**

Plaintiff,

V.                                                CASE NUMBER: **07-C-958**

**MARQUETTE UNIVERSITY,**

Defendant.

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that judgment is entered in favor of the defendant and against the plaintiff.**

**The defendant's motion for summary judgment on plaintiff's challenge of his termination from the Ph.D. program at the Department of Mathematics, Statistics and Computer Science of Marquette University is GRANTED.**

**This action is hereby DISMISSED for lack of jurisdiction.**

| | |
|---|---|
| **July 7, 2008** | **JON W. SANFILIPPO** |
| Date | Clerk |
| | s/ Linda M. Zik |
| | (By) Deputy Clerk |