# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**WEI ZHOU,**

    Plaintiff,

-vs-                                         **Case No. 07-C-958**

**MARQUETTE UNIVERSITY,**

    Defendant.

## DECISION AND ORDER

Now before the Court is the plaintiff's third request for relief from the Court's filing bar, originally imposed in 2009. On May 23, 2013, the Court ordered that after two years, "Zhou may file a request with this Court for relief from this Order. Any such submission must state why lifting the order would be appropriate. *Zhou's continued desire to litigate this case is not an appropriate justification.*" ECF No. 55. Zhou's current motion does not provide any justification for lifting the filing bar. Instead, Zhou insists, once again, that he is entitled to relief on his claims.

**IT IS HEREBY ORDERED THAT** Zhou's motion [ECF No. 56] is **DENIED**.

**IT IS FURTHER ORDERED THAT** the filing bar set forth in ECF No. 55 is extended for an additional two years. Since Zhou is not getting

the message that the filing bar will not be lifted just so he can attempt to re-litigate this case, the Court will also impose a **$500** fine. No sooner than two years from the date of this Order, or upon Zhou's payment of the $500 fine, whichever is later, Zhou may file a request with this Court for relief from this Order. Any such submission must state why lifting the order would be appropriate. Once again, Zhou's continued desire to litigate this case is not an appropriate justification.

Dated at Milwaukee, Wisconsin, this 5th day of May, 2016.

**SO ORDERED:**

*(signature)*

**HON. RUDOLPH T. RANDA**
**U.S. District Judge**